JS-6

Gerald D. Kim (SBN No. 216894)
Counsel
SAG-AFTRA
5757 Wilshire Boulevard, 7th Floor
Los Angeles, California 90036-3600
Telephone: (323) 549-6481
Facsimile: (323) 549-6624
gerald.kim@sagaftra.org

Attorney for Petitioner
Screen Actors Guild - American Federation
Of Television and Radio Artists

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a non-profit corporation, as successor-in-interest to SCREEN ACTORS GUILD, INC., on behalf of Affected Performers,<br><br>Petitioner,<br><br>v.<br><br>HK FILM CORP.,<br><br>Respondent. | Case No. CV12-7088-GAF (VBKx)<br><br>[PROPOSED] JUDGMENT |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The regularly noticed Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith of petitioner Screen Actors Guild-American Federation of Television and Radio Artists ("Union"), as successor-in-interest to Screen Actors Guild, Inc., came before the Court.

Having considered all of the pleadings and arguments submitted by the parties in connection with this motion, the pleadings and papers on file, and any oral and/or documentary evidence presented at the time of any hearing:

- 1 -

[PROPOSED] JUDGMENT

oral and/or documentary evidence presented at the time of any hearing:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1. The arbitration award in favor of Screen Actors Guild-American Federation of Television and Radio Artists, as successor-in-interest to Screen Actors Guild, Inc., and against HK Film Corp., Union Case No. 2002-0007, dated August 16, 2008, is confirmed in all respects.

2. HK Film Corp. is ordered to pay as follows:

   (a) To Screen Actors Guild-American Federation of Television and Radio Artists, on behalf of affected performers, the sum of $800,000;

   (b) To Screen Actors Guild-American Federation of Television and Radio Artists for its attorney's fees incurred in this action, the sum of $3,200; and

   (c) To Screen Actors Guild-American Federation of Television and Radio Artists for its costs incurred in this action, the sum of $350.

3. Screen Actors Guild-American Federation of Television and Radio Artists is hereby granted an assignment of HK Film Corp.'s accounts receivable from the distribution, exhibition, exploitation or other use of the motion picture entitled *Hell's Kitchen* anywhere in the world until the amounts due are paid in full.

Dated: September 12, 2012

*Gary Feess*

Judge of the United States District Court

[PROPOSED] JUDGMENT